**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER DENYING DEFENDANT** |
| Plaintiff, | ) | **WALLI'S SECOND MOTION FOR** |
| | ) | **DISMISSAL OF THE CHARGE** |
| vs. | ) | |
| | ) | Case No. 1:06-cr-059 |
| Michael R. Walli, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant Michael R. Walli's second "Motion for Dismissal of the Charge" filed on August 22, 2006. Walli asserts that, according to several international treaties and agreements, the indictment should be dismissed. The Court treated Walli's previous motion as a challenge to the sufficiency of the indictment. The Court previously found that the indictment was legally sufficient according to the standards adopted by the Eighth Circuit and that Walli failed to establish a basis to warrant dismissal of the indictment.

Walli's current motion also fails to set forth a basis to dismiss the Indictment. As a result, the Court **DENIES** the Defendant's second Motion for Dismissal of the Charges. (Docket No. 68).

**IT IS SO ORDERED**.

Dated this 22nd day of August, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court